# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFFREY CRITTENDON, : | |
|    Petitioner : | |
| : | No. 1:19-cv-669 |
| v. : | |
| : | (Judge Rambo) |
| WARDEN WHITE, : | |
|    Respondent : | |

## ORDER

**AND NOW**, this 29th day of April 2019, in accordance with the Memorandum accompanying this Order, **IT IS ORDERED THAT**:

1. Crittendon's motion for leave to proceed *in forma pauperis* (Doc. No. 4) is **DENIED AS MOOT** given his payment of the $5.00 filing fee;

2. Crittendon's Petition for Writ of Habeas Corpus (Doc. No. 1), is **DISMISSED WITHOUT PREJUDICE** as premature and for failure to exhaust administrative remedies; and

3. The Clerk of Court is directed to **CLOSE** this matter.

                                            s/Sylvia H. Rambo
                                            SYLVIA H. RAMBO
                                            United States District Judge